No. 01–9735.  Haywood v. Mazzuca, Superintendent, Fishkill Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 01–9737.  Peltier v. Greyhound Lines, Inc.  C. A. 4th Cir.  Certiorari denied.

No. 01–9743.  Stevenson v. Luebbers, Superintendent, Potosi Correctional Center.  C. A. 8th Cir.  Certiorari denied.

No. 01–9744.  Balisok v. Washington.  Ct. App. Wash.  Certiorari denied.

No. 01–9746.  Bolton v. Moore, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 01–9747.  Bunnery v. California.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–9753.  Cartwright v. Mosley, Warden, et al.  C. A. 11th Cir.  Certiorari denied.

No. 01–9756.  Jemison v. White, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 01–9758.  Huffman v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division.  C. A. 5th Cir.  Certiorari denied.

No. 01–9759.  Horton v. Dragovich, Superintendent, State Correctional Institution at Camp Hill, et al.  C. A. 3d Cir.  Certiorari denied.

No. 01–9760.  Hernandez v. Moore, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 01–9763.  Naturalite v. Ciarlo et al.  C. A. 6th Cir.  Certiorari denied.

No. 01–9765.  Lane v. Fields et al.  C. A. 10th Cir.  Certiorari denied.

No. 01–9769.  Post v. Court of Appeal of California, Second Appellate District (California, Real Party in Interest).  Sup. Ct. Cal.  Certiorari denied.